UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GRACE ALBANESE,

                Plaintiff,

   v.

HOMELAND SECURITY,

                Defendant.

Case No. 2:17-cv-01874-RFB-VCF

**ORDER**

     Before the Court for consideration is the Report and Recommendation [ECF No. 5] of the Honorable Cam Ferenbach, United States Magistrate Judge, entered February 27, 2019.

     A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by February 27, 2019. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 5] is
ACCEPTED and ADOPTED in full.

    **IT IS FURTHER ORDERED** that the instant case is DISMISSED with prejudice. The Clerk of Court is instructed to close this case.

DATED: March 11, 2019.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**